# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HENLEY,<br><br>            Plaintiff,<br><br>     v.<br><br>LOWE'S HIW, INC.,<br><br>            Defendant. | Case No.  1:13-cv-00684-LJO-SAB<br><br>ORDER APPROVING STIPULATION TO FILE FIRST AMENDED COMPLAINT<br><br>ECF NO. 9 |

On August 22, 2013, the parties in this action filed a stipulation to permit Plaintiff Robert Henley ("Plaintiff") to file a first amended complaint.  (ECF No. 9.)  Defendant Lowe's HIW, Inc. ("Defendant") does not oppose the filing of the first amended complaint.

In accordance with the stipulation of the parties, it is HEREBY ORDERED that:

1. Plaintiff shall file his first amended complaint with the Court within seven (7) days of the date of service of this order; and

2. Defendant shall file its answer to Plaintiff's first amended complaint within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **August 22, 2013**

UNITED STATES MAGISTRATE JUDGE

1