HUNTON & WILLIAMS LLP
EMILY BURKHARDT VICENTE (State Bar No. 263990)
email: ebvicente@hunton.com
EMILY L. ALDRICH (State Bar No. 271146)
email: ealdrich@hunton.com
550 S. Hope Street, Suite 2000
Los Angeles, California 90071
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Attorneys for Defendant
LOWE'S HIW, INC.

## THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HENLEY<br><br>                      Plaintiff,<br><br>       v.<br><br>LOWE'S HIW, INC., a California corporation, and DOES 1-50, inclusive,<br><br>                      Defendants. | CASE NO.: 1:13-CV-00684-LJO-SAB<br><br>Hon. Lawrence J. O'Neill<br>Magistrate Judge Stanley Boone<br><br>**ORDER GRANTING LOWE'S REQUEST TO SEAL DOCUMENTS**<br><br>*COURT LANGUAGE ADDED* |

[PROPOSED] ORDER GRANTING LOWE'S REQUEST TO SEAL DOCUMENTS

# **ORDER**

Pursuant to Federal Rule of Civil Procedure 5.2, Eastern District Rule 141, and the parties' Stipulated Protective Order, and GOOD CAUSE APPEARING THEREFOR, the Court hereby GRANTS Defendant Lowe's, HIW, Inc.'s Request to Seal Documents, and ORDERS the sealing of the requested documents.

**This Court FURTHER ORDERS defendant Lowe's, no later than February 7, 2014, to submit to the Court unredacted documents filed under seal.**

IT IS SO ORDERED.

Dated: **February 6, 2014**   /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to this action.  My business address is: 550 S. Hope Street, Suite 2000, Los Angeles, California 90071.

On **February 5, 2014**, I served the foregoing document(s) described as

**[PROPOSED] ORDER  GRANTING LOWE'S REQUEST TO SEAL**

on the interested parties in this action:

Michael J. F. Smith, Esq.
John L. Migliazzo, Esq.
Michael J. F. Smith, A Professional Corporation
1391 West Shaw Avenue, Suite D
Fresno, California 93711
Telephone:  (559) 229-3900

*Attorneys for Plaintiff*

☐ **By FAX:**  by causing a true copy thereof to be sent via facsimile to the attorney(s) of record at the telecopier number(s) so indicated above and that the transmission was reported as completed and without error.

☐ **By MAIL:**  by placing true and correct copy(ies) thereof in an envelope addressed to the attorney(s) of record, addressed as stated above.

☐ **By PERSONAL SERVICE:**  I delivered the envelope by hand on the addressee, addressed as stated above.

☒ **By UPS (UNITED PARCEL SERVICE) OVERNIGHT:**  by causing same to be delivered via UPS to the addressee(s).

☒ **By ELECTRONIC MAIL:**  per written agreement under Cal. Civ. Proc. Code § 1010.6(a), by causing a true and correct copy thereof to be transmitted electronically to the attorney(s) of record at the e-mail address(es) indicated above.

I declare under penalty of perjury under the laws of the United States of America  that the above is true and correct.  I declare that I am employed in this office of a member of the bar of this court at whose direction this service was made.

Executed on **February 5, 2014**, Los Angeles, California.

/s/ *Valerie Mitsunaga*

---

1

[PROPOSED] ORDER GRANTING LOWE'S REQUEST TO SEAL