# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HENLEY,<br><br>            Plaintiff,<br><br>     v.<br><br>LOWE'S HIW, INC.,<br><br>            Defendant. | Case No.  1:13-cv-00684-LJO-SAB<br><br>ORDER RE: JOINT STATUS REPORT |

On February 20, 2014, the parties in this action filed a Joint Status Report informing the Court that this case has been resolved and that the parties anticipate filing dismissal papers within 45 days.  (ECF No. 22.)

In accordance with the parties' Joint Status Report, it is HEREBY ORDERED that the parties shall file dismissal papers on or before April 11, 2014.

IT IS SO ORDERED.

Dated:   **February 20, 2014**

UNITED STATES MAGISTRATE JUDGE

1