UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HENLEY,<br><br>Plaintiff,<br><br>vs.<br><br>LOWE'S HIW, INC.,<br><br>Defendants. | **CASE NO. CV F 13-0684 LJO SAB**<br><br>**ORDER AFTER SETTLEMENT**<br><br>**(Doc. 22.)** |

The parties' counsel notified this Court that settlement has been reached among all parties. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than April 4, 2014**, to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed. No good cause is apparent to warrant more than 45 days to complete settlement and dismiss this action.

This Court VACATES all pending matters and dates, including the **March 5, 2014 summary judgment hearing, the August 20, 2014 pretrial conference and October 7, 2014 trial**, which are subject to immediate resetting before this district judge or any other available

1

1  district judge, including a district judge sitting in Sacramento or another district.

2       Failure to comply with this order will be grounds for the imposition of sanctions on
3  counsel or parties who contributed to violation of this order.  *See* Local Rules 160 and 272.  This
4  Court ADMONISHES the parties and counsel that they must obey the Federal Rules of Civil
5  Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court
6  deems appropriate.

7
8  IT IS SO ORDERED.

9    Dated:  **February 21, 2014**          /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28