# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROBERT HENLEY, | Case No. 1:13-cv-00684-LJO-SAB |
|---|---|
| Plaintiff, | ORDER VACATING ORDER RE: JOINT STATUS REPORT |
| v. | |
| LOWE'S HIW, INC., | |
| Defendant. | |

On February 21, 2014, the Court inadvertently issued two separate orders setting different deadlines for filing dismissal papers. The Court will vacate the Order Re: Joint Status Report (ECF No. 23) and the Order After Settlement shall remain in effect (ECF No. 24).

It is HEREBY ORDERED that the Court's February 21, 2014 Order Re: Joint Status Report (ECF No. 23) is VACATED. The Court's February 21, 2014 Order After Settlement (ECF No. 24) shall remain in effect and the parties shall file appropriate papers to dismiss or conclude this action in its entirety no later than April 4, 2014.

IT IS SO ORDERED.

Dated: **February 24, 2014**

UNITED STATES MAGISTRATE JUDGE

1